**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7180**

STEPHEN SATCHER,

Petitioner - Appellant,

v.

DAVID WILSON, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Senior District Judge. (5:15-cv-00152-FPS-JES)

Submitted: January 20, 2017          Decided: January 30, 2017

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephen Satcher, Appellant Pro Se. Helen Campbell Altmeyer, Tara Noel Tighe, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen D. Satcher, a federal prisoner, appeals the district court's order declining to adopt the recommendation of the magistrate judge and denying relief on Satcher's 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Satcher v. Wilson, No. 5:15-cv-00152-FPS-JES (N.D. W. Va. July 29, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED